JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT J. HOLMES,<br><br>Defendant | No. CV 11-01921<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Robert J. Holmes, in the principal amount of $2,801.21 plus interest accrued to March 1, 2011, in the sum of $6,150.13; with interest accruing thereafter at the daily rate of $0.54 until entry of judgment, for a total amount of $**8,951.34**.

DATED: 3/30/2010          By: TERRRY NAFISI
                              Clerk of the Court

                              Deputy Clerk
                              United States District Court